# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BLANCA DELEON, ELVIA YOLANDA PERES, MARIA TERESA VILLA SEÑOR, MARIA SUJEY PULEDO, GABRIELLA SAMBRANO, and ROBERTO ERACO,<br><br>    Plaintiffs,<br><br>    v.<br><br>STRAND DEVELOPMENT COMPANY, LLC d/b/a SAVANNAH SUITES HOTELS, GENERAL REMODELING SERVICES, LLC, and DAMASO LUIS CASTELAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01701-WSD |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Blanca DeLeon, Elvia Yolanda Peres, Maria Teresa Villa Señor, Maria Sujey Puledo, Gabriella Sambrano, and Roberto Eraco, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(ii)[1], hereby file a stipulation of dismissal with prejudice.[2] This stipulation is signed by all parties who have appeared.

**RESPECTFULLY SUBMITTED**:   July 30, 2012

| | |
|---|---|
| **MAYS & KERR LLC**<br>229 Peachtree Street NW<br>International Tower \| Suite 980<br>Atlanta, GA 30303<br>Telephone:  (404) 410-7998<br>Facsimile:   (877) 813-1845<br><br>Counsel to Plaintiffs | /s/ Viraj Parmar<br>Viraj Parmar<br>Ga. Bar No. 996884<br>viraj@maysandkerr.com<br><br>Jeff Kerr<br>Ga. Bar No. 634260<br>jeff@maysandkerr.com |
| Thomas A. Cox, Jr.<br>Evan M. Rosen<br>**EPSTEIN BECKER GREEN**<br>945 East Paces Ferry Road, Suite 2700<br>Atlanta, Georgia 30326<br><br>Counsel to Defendants | /s/ Thomas A. Cox, Jr.<br>Thomas A. Cox, Jr.<br>Georgia Bar No. 192678<br>Evan M. Rosen<br>Georgia Bar No. 649716 |

---

[1] This Rule permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

[2] The Court in its Order dated July 10, 2012 directed: (1) the Clerk to close the case administratively and (2) the parties to file a stipulation of dismissal on or before September 4, 2012.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 30th day of July, 2012

/s/ Viraj Parmar
Viraj Parmar
Ga. Bar No. 996884

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BLANCA DELEON, ELVIA YOLANDA PERES, MARIA TERESA VILLA SEÑOR, MARIA SUJEY PULEDO, GABRIELLA SAMBRANO, and ROBERTO ERACO,<br><br>    Plaintiffs,<br><br>        v.<br><br>STRAND DEVELOPMENT COMPANY, LLC d/b/a SAVANNAH SUITES HOTELS, GENERAL REMODELING SERVICES, LLC, and DAMASO LUIS CASTELAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01701-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I delivered the foregoing pleading to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.


[Signature on Following Page]

/s/ Viraj Parmar
Viraj Parmar
Ga. Bar No. 996884
